UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN RISH,<br><br>    Plaintiff<br><br>v.<br><br>MID-CENTURY INSURANCE,<br><br>    Defendant | Case No.: 2:25-cv-01421-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Mid-Century Insurance Company's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the defendant's citizenship as required by that rule.

I FURTHER ORDER the defendant to file a proper certificate of interested parties by August 30, 2025.

DATED this 6th day of August, 2025.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE