UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN RISH,<br><br>    Plaintiff<br><br>v.<br><br>MID-CENTURY INSURANCE COMPANY,<br><br>    Defendant | Case No.: 2:25-cv-01421-APG-BNW<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF Nos. 5, 21] |

On October 8, 2025, Magistrate Judge Weksler granted the plaintiff's motion to amend, requested the clerk of court to detach and file the plaintiff's amended complaint, and recommended that I deny the defendant's motion to dismiss. ECF No. 21. No one objected. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation **(ECF No. 21) is accepted**, and the defendant's motion to dismiss **(ECF No. 5) is denied as moot**.

I FURTHER ORDER the clerk of court to detach and file the plaintiff's amended complaint (ECF No. 16-1).

DATED this 23rd day of October, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE