BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
MOSS BERG INJURY LAWYERS
5420 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| NATHAN RISH, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>MID-CENTURY INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | **CASE NO. 2:25-cv-01421-APG-BNW**<br><br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF DEADLINE [THIRD REQUEST]** |

Pursuant to LR IA 6-1 and LR 26-3, Plaintiff Nathan Rish ("Plaintiff"), by and through his counsel of record, Boyd B. Moss, II, of the Moss Berg Injury Lawyers, and Defendant Mid-Century Insurance Company ("Defendant"), by and through its counsel of record, David J. Feldman, Esq., of The Feldman Firm, respectfully submit the following stipulation and order to extend the discovery cut-off deadline in this case for 60 days. Good cause exists to extend the deadline for the reasons explained below.

**A. Discovery Completed to Date**

**To date, the parties produced the following discovery:**

Plaintiffs made their Initial Disclosure of Witnesses and Production of Documents Pursuant to FRCP 26(a)(1) October 7, 2025;

1

Defendants made their Initial Disclosure of Witnesses and Production of Documents Pursuant to FRCP 26(a)(1) April 3, 2025;

Plaintiff propounded written discovery to Defendant on October 10, 2025;

Defendant responded to Plaintiff's written discovery on October 28, 2025, and later supplemented those responses on December 15, 2025;

Defendant propounded written discovery to Plaintiff on December 5, 2025;

Plaintiff responded to Defendant's written discovery January 16, 2026;

Plaintiff made his initial expert disclosure on April 3, 2026;

Defendant made its initial expert disclosure on April 3, 2026, and an amended expert disclosure on May 4, 2026;

Plaintiff's rebuttal disclosure was made on May 4, 2026;

Defendant's rebuttal disclosure was made on May 4, 2026;

Defendant conducted the deposition of Plaintiff on March 5, 2026;

Plaintiff conducted the deposition of Mid Century Adjuster Michael McCusker on May 2, 2026.

Plaintiff conducted the deposition of Mid Century Adjuster Heidi Fajardo on April 14, 2026;

Plaintiff Noticed Defendant's 30(b)(6) Deposition on April 16, 2026;

Defendant's Counsel Sent an email objecting to some of Plaintiff's deposition questions on April 18, 2026.

The parties conducted a 2.34 conference on April 22, 2026 discuss 30(b)(6) topics.

Plaintiff attempted to reschedule Defendant's 30(b)(6) deposition.

Defendant deposed Plaintiff's expert Jeffrey Stempel on May 21, 2026.

**B. Discovery That Remains to Be Completed**

The deposition of Defendant's 30(b)(6) designee;

The expert depositions of Defendant's medical expert Dr. Daniel Lee and;

The deposition of Defendant's insurance expert Bob Titus.

**C.    Reasons Why Discovery Has Not Been Completed**

This Court entered its Order Granting the Parties' Stipulation to Extend the Discovery Plan and Scheduling Order on January 26, 2026. Although the parties have been actively engaged in discovery, additional time is necessary to complete discovery in a diligent and efficient manner. Good cause exists for the requested extension for the following reasons:

Due to counsel and witness schedules, the depositions of Defendants Mid-Century Insurance Company's 30(b)(6) deposition, as well as the expert depositions of Dr. Daniel Lee and expert Bob Titus, and cannot be completed before the current June 2, 2026, discovery cut-off deadline.

The parties therefore jointly request a brief extension of the close of discovery deadline so that discovery may be completed efficiently and without prejudice to either side. This request is made in good faith and not for the purpose of delay.

**D.    Proposed Revised Discovery Schedule**

LR 26-3 governs modifications or extension of the discovery plan and scheduling order. Any stipulation or motion must be made no later than twenty-one (21) days before the expiration of the subject deadline and comply fully with LR 26-3.

The parties acknowledge that the discovery cut-off deadline is within twenty-one (21) days of this request. Pursuant to LR 26-3 and Fed. R. Civ. P. 6(b)(1)(B), the parties respectfully request that the Court permit the extension notwithstanding the timing of this request. The parties submit that good cause exists for the requested extension and that any delay in seeking it was the result of excusable neglect.

The following is a list of the current discovery cut-off deadline and the parties' proposed extended deadline.

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-Off | 6/2/2026 | 8/3/2026 |
| Dispositive Motions | 7/2/2026 | 9/2/2026 |
| Joint Pretrial Order | 8/3/2026 | 10/2/2026 |

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery and adequately prepare their respective cases for trial. The parties have been working diligently to complete discovery however due to scheduling conflicts between counsel and the remaining deponents, more time is required to complete the remaining discovery.

This is the third request for an extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the short extension.

WHEREFORE, the parties respectfully request that this Court extend the discovery period from the current deadlines as outlined above.

///

///

///

///

///

4

**IT IS SO STIPULATED.**

Date: _May 29, 2026_                    Dated: _May 29, 2026_

THE FELDMAN FIRM                    MOSS BERG INJURY LAWYERS

By: _/s/ David J. Feldman (signed_          By: _Boyd B. Moss III_
_electronically by permission)_             Boyd B. Moss II, Esq.
David J. Feldman, Esq.               Nevada Bar No.8856
Nevada Bar No. 5947                  5420 West Sahara Avenue, Suite 101
8831 West Sahara Ave.                Las Vegas, Nevada 89146
Las Vegas, Nevada 89117              Telephone: (702) 222-4555
Telephone:  (702) 949-5096           _Attorneys for Plaintiff Nathan Rish_
_Attorneys for Defendant Mid-Century_
_Insurance Company_

**ORDER**

    IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE


DATED:        _June 1, 2026_

5